# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| VS. | * | CR. NO. 05-20282 |
| EBONY JORDAN, | * | |
| Defendant. | * | |

## MOTION TO WAIVE DEFENDANT'S APPEARANCE

**COMES NOW** counsel for the Defendant, Robert L. Parris, and moves this Honorable Court to waive the Defendant's appearance on the October 27th, 2005 report date. As for grounds for said motion, your movant would respectfully show unto this Honorable Court as follows:

1. That the Defendant, Ebony Jordan, is stricken with kidney disease, requiring twice weekly dialysis treatments, one of which is scheduled for October 27th, 2005.

2. That counsel will be present on said court date.

3. That counsel has spoken with AUSA, Camille McMullen who has no opposition to this continuance and waiver of appearance.

**WHEREFORE**, Defendant prays that this Honorable Court excuse the Defendant's presence at the aforementioned October 27th, 2005 report date and for such further relief as the Court deems necessary.

**MOTION GRANTED**
DATE: _____

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

Respectfully submitted:

*[signature]*

ROBERT L. PARRIS (19847)
Attorney for Defendant
8 South Third Street, Fourth Floor
Memphis, Tennessee 38103
(901) 529-8500

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon Camille McMullen, Assistant United States Attorney, at 167 North Main, Suite 800, Memphis, Tennessee 38103, via hand-delivery or by placing the same in the United States mail, postage prepaid, on this the 31st day of August, 2003.

*[signature]*

ROBERT L. PARRIS

# GAMBRO Healthcare.

Memphis University Center
1391 Madison Avenue
Memphis, TN 38104
USA

www.gambro.com

Tel 901 725 5399
Fax 901 725 0838

August 4, 2005

TO WHOM IT MAY CONCERN:

RE:   Ebony Jordan   SSN 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   DOB   08/24/1970

Ms. Ebony Jordan is an End Stage Renal Disease patient who has been on chronic dialysis to maintain her life since 12/10/1990. Ms. Jordan must come to her hemodialysis treatments every Tuesday, Thursday and Saturday.

From July 17, 2005 through August 3, 2005, Ms. Jordan was hospitalized at Methodist University Hospital. I am continuing to follow closely her medical condition at Gambro Memphis University Center. Ms. Jordan will not be able to return to work for at least another three weeks or longer.

If there is any question, please call her social worker, Betty A. McMahon, LCSW at 901-725-5399 #13.

Thank you,

Christie A. Green, M.D.
Nephrologist

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20282 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT