IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 20 AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

Plaintiff

VS.                                                    CR. NO. 05-20282-D

EBONY JORDAN,
TERESIA SIMPSON

Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on December 15, 2005. At that time, counsel for the defendant requested a continuance of the January 3, 2006 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to February 6, 2006 with a **report date of Thursday, January 26, 2006, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from January 13, 2006 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 20 day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20282 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT